# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TRAVIS OGBURN, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>RYAN BRINGLE, AN INDIVIDUAL; BB OF SOUTHERN NEVADA, LLC, A NEVADA LIMITED LIABILITY COMPANY, D/B/A BUDGET BLINDS OF SOUTHERN NEVADA; KATY WHITSELL, F/N/A KATY OGBURN, AN INDIVIDUAL; AND DAVID OGBURN, AN INDIVIDUAL,<br>Respondents. | No. 82340<br><br>**FILED**<br><br>JAN 27 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's motion for voluntary dismissal, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Mark R. Denton, District Judge
      Thomson Law PC
      Lewis Roca Rothgerber Christie LLP/Las Vegas
      Spencer Fane LLP/Las Vegas
      Law Offices of P. Sterling Kerr
      Eighth District Court Clerk